# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860−2 | User: admin | Date Created: 12/18/2025 |
| Case: 2:25−bk−13489 | Form ID: pdf03As | Total: 41 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov |
| tr | Mark T. McCarty | ecfmail@ch13ark.com |
| aty | Danyelle J. Walker | danyellewalker@yahoo.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Catondra L Tye 617 Forrest Hill Drive West Helena, AR 72390
jdb Matthew H Reavely, Jr. 617 Forrest Hill Drive West Helena, AR 72390
aty Kevin Dewayne Rogers Albertelli Law 1 Information way Ste 201 Little Rock, AR 72202
7161399 Acima Digital FKA Simple 13907S. Minuteman Drive Floor 5 Draper, UT 84020
7161400 Allstate Property & Casualty P.O. Box 660598 Dallas, TX 75266
7161401 Caine & Weiner 15025 Oxnard Street Suite 100 Van Nuys, CA 91411
7161402 Capital One Auto Finance P.O. Box 260848 Plano, TX 75026−0848
7162970 Capital One Auto Finance, a division of AIS Portfolio Services, LLC 4515 N Santa Fe Ave. Dept. APS Oklahoma City, OK 73118
7177632 Capital One Auto Finance, a division of Capital One, N.A. 4515 N. Santa Fe Ave. Dept. APS Oklahoma City, OK 73118
7161403 Credence Rsource Management P.O. Box 2300 Southgate, MI 48195
7161404 Credit Collections 725 Canton Street Norwood, MA 02062
7161405 Credit Control Services Inc. 725 Canton Street Norwood, MA 02062
7161406 Credit Corp Solutions Inc 180 Election Road Suite 200 Draper, UT 84020
7161407 Dept of Ed/Aidvantage 1891 Metro Center Drive Reston, VA 20190
7168617 Intercoastal Financial Llc 7954 Transit RD #136X Williamsville, NY 14221
7161408 Jefferson Capital Systems P.O. Box 953185 Saint Louis, MO 63195−3185
7161409 John Gibson Auto Sales 1425 Airport Road Hot Springs National, AR 71913
7161410 LVNV Funding LLC Resurgent Capital Services PO Box 510090 Livonia, MI 48151−6090
7163504 LVNV Funding, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603−0587
7161411 Midland Credit Management P.O. Box 939019 San Diego, CA 92193−9019
7161412 NetCredit/TABLOC 175 W. Jackson Blvd Chicago, IL 60614
7167826 Nordstrom, INC Jefferson Capital Systems, LLC Assignee PO Box 7999 st cloud, MN 56302
7161413 Nordstrom/TD Bank USA 13531 E., Caley Ave. Englewood, CO 80111
7161414 Optimum Outcomes 2651 Warrenville Rd Ste 500 Downers Grove, IL 60515
7183953 PRIORITY INSURANCE PO BOX 5849 NLR, AR 72119
7166758 Premier Bankcard, LLC Jefferson Capital Systems, LLC Assignee PO Box 7999 st cloud, MN 56302
7161415 Premier BkCrrd/First Premier 601 S. Minnesota Avenue Sioux Falls, SD 57104
7161416 Progressive Insurance 6300 Wilson Mills Road Cleveland, OH 44143
7164893 Quantum3 Group LLC as agent for Credit Corp Solutions Inc PO Box 788 Kirkland, WA 98083−0788
7175497 Quantum3 Group LLC as agent for Plaza Services LLC PO Box 788 Kirkland, WA 98083−0788
7161417 Radius Global Solutions LLC 9550 Regency Square Suite 602 Jacksonville, FL 32225
7187036 Regions Bank PO Box 1860 Memphis TN 38101−1860
7161418 Regions Mortgage, Inc. P.O. Box 2127 Memphis, TN 38101−2127
7161419 Resurgent/LVNV Funding PO BOX 1269 Greenville, SC 29602
7161420 Self/Southstate Bank 1101 1st ST S, Winter Haven, FL 33880
7161421 SuddenLink 8 Corporate Center Dr. Suite 300 Melville, NY 11747
7161422 Sunrise Credit Services, Inc. P.O. Box 9100 Farmingdale, NY 11735−9100
7161423 Trident Asset Management P.O. Box 888424 Atlanta, GA 30356

TOTAL: 38